UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

DEBRA MCLIN BROWNLEE
*on behalf of Plaintiff and a class*,

        Plaintiff,

    v.                          Case No. 1:18-CV-986-WCG-DML

MARTINI HUGHES AND GROSSMAN,
MHG, LLC, and
DAWN MARTIN,

        Defendants.

## ORDER DISMISSING CASE

Upon the filing of a Stipulation of Dismissal by the parties to this action, this case is hereby dismissed with prejudice, with each party to bear his or its own costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

SO ORDERED on August 20, 2018.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge[1]
                                            United States District Court

---

[1] Of the Eastern District of Wisconsin, sitting by designation.